UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CATHERINE LOUISE BUSHAW, <br><br> Defendant, <br><br> v. <br><br> COLUMBIA CREDIT UNION, <br><br> Garnishee. | Case No. MC21-0068RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Catherine Louise Bushaw, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Columbia Credit Union. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on June 28, 2021.

Dated this 29th day of June, 2021.

*[signature: Robert S. Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT